[Civ. No. 5567. Second Appellate District, Division Two.—March 23, 1927.]

Petition for Reinstatement of WALTER M. RHEIN-
SCHILD as Attorney at Law.

[1] ATTORNEY AT LAW — DISBARMENT—REINSTATEMENT—EVIDENCE. —
A disbarred attorney will be granted reinstatement where satisfac-
tory and convincing evidence is produced that he has conducted
himself with the highest degree of honesty and integrity during
the nearly eight years that have elapsed since he was deprived
of his license to practice, and that he has kept up a practically
constant study of the law since disbarment and that he is pos-
sessed of the necessary qualifications to entitle him to reinstate-
ment.

(1) 6 C. J., p. 615, n. 79.

APPLICATION for reinstatement as an attorney at law
after disbarment. Application granted.

The facts are stated in the opinion of the court.

W. A. Alderson and Davis & Thorne for Petitioner.

Chas. L. Nichols for Respondent Los Angeles Bar Asso-
ciation.

WORKS, P. J.—Petitioner was admitted to the bar in
1909 and he was disbarred in 1919. He petitions for a
reinstatement in the ranks of the profession.

[1] Petitioner has produced satisfactory and convincing
evidence that he has conducted himself with the highest
degree of honesty and integrity during the nearly eight
years that have elapsed since he was deprived of his license
to practice.

Upon the score of his mental qualifications, we are satis-
fied from the evidence that he has kept up a practically
constant study of the law since his disbarment and that he
is possessed of the necessary qualifications to entitle him to a
reinstatement.

1. See 3 Cal. Jur. 751.

These conclusions bring him within the rules stated in the opinions *In re Stevens,* 197 Cal. 408 [241 Pac. 88], and *In re Cate,* 77 Cal. App. 495 [247 Pac. 231].

Petition granted.

Craig, J., and Thompson, J., concurred.